

# NUMBER 13-13-00482-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BRADFORD CONDIT,　　　　　　　　　　　　　　　　　　Appellant,

v.

FIRST COMMUNITY BANK,　　　　　　　　　　　　　　　　Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

# O R D E R

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

This cause is before the Court on appellee's unopposed motion to withdraw original exhibits. Appellee requests to withdraw the original exhibits filed in this case in order to prepare its brief in this cause. The original exhibits A – I were filed with this Court on November 12, 2013.

The Court, having fully examined and considered appellee's motion to withdraw original exhibits, is of the opinion that the motion should be granted. Appellee's motion is hereby GRANTED. The Honorable Tiffany DeBolt, counsel for appellee, is hereby ORDERED to return the original exhibits, A – I to this Court on or before the expiration of twenty-one days from the date of this order.

PER CURIAM

Delivered and filed the
24th day of January, 2014.